UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOUSING EQUALITY CENTER OF PENNSYLVANIA,<br><br>    Plaintiff,<br><br>v.<br><br>PROMANAGED INC., *et al.*,<br><br>    Defendants. | Civil Action No. 2:22-cv-4894 |

## CONSENT ORDER

WHEREAS, Plaintiff Housing Equality Center of Pennsylvania ("HEC") filed a Complaint against Defendants ProManaged Inc., Pro-Managed LLC, Revo Capital Partners LLC, Revo Capital Partners II LLC, Revo Capital Partners III LLC, Revo Capital Partners IV LLC, Revo Capital Partners V LLC, Gary Rilling, and William Smith (collectively, "Defendants") on December 8, 2020 alleging that Defendants' had a policy and practice of refusing to accept Housing Choice Vouchers (also known as "Section 8 Vouchers") through the Housing Choice Voucher Program, *see* 42 U.S.C. § 1437f(o), in predominantly white neighborhoods, while accepting Housing Choice Vouchers in majority Black neighborhoods;

WHEREAS, Plaintiff alleged that Defendants' policy and practice disparately treats and disparately impacts prospective renters of different races in violation of the Fair Housing Act, 42 U.S.C. §§ 3604(a), (b), and (c) ("FHA");

WHEREAS, Plaintiff and Defendants engaged in settlement negotiations and agreed to a remedy that will resolve the ongoing litigation and avoid the risks and expense of further litigation;

WHEREAS, by their counsels' signatures below, the parties have requested that the Court enter an Order in this matter as set forth below:

1

Now, therefore, it is hereby **ORDERED:**

1. Immediately upon entry of this Order, Defendants agree not to discriminate against prospective or current tenant(s) based on the tenant's source of income, including their use of Housing Choice Vouchers.

2. Within twenty (20) calendar days of entry of this Order, Defendants must include the text "Applicants with housing vouchers and subsidies, including Housing Choice or "Section 8" Vouchers, are encouraged and accepted" in all print and digital rental property listings and advertisements, including property listings and advertisements on promanaged.us.

3. **Written Policy:** Within twenty (20) calendar days of entry of this order, Defendants shall adopt a written policy and practice, with substantial input and review by HEC's counsel, that complies with both the Philadelphia Fair Practices Ordinance, *see* Phila. Code § 9-1100 et seq. and the FHA (the "Written Policy). Specifically, the Written Policy will:

    a. Prohibit discrimination against prospective or current tenant(s) based on the tenant's race, ethnicity, color, sexual orientation, gender identity, religion, national origin, ancestry, disability, marital status, age, source of income, familial status, or domestic or sexual violence victim status;

4. **Publication of the Written Policy**: Within twenty (20) calendar days of the finalization of the Written Policy, Defendants shall:

    a. Publish the Written Policy in all public-facing media, including on promanaged.us;

    b. Attach the Written Policy to all rental applications for properties in Defendants' rental property portfolio;

  c. Distribute the Written Policy to all of Defendants' current and future agents and personnel, including property owners, involved in the leasing of Defendants' rental property portfolio.

5. Within sixty (60) calendar days of entry of this order, all of Defendants' current agents and personnel, including property owners, involved in the leasing of Defendants' rental property portfolio must schedule, attend, and complete training on Philadelphia Fair Practices Ordinance and FHA compliance administered by HEC.

6. This matter is hereby dismissed with prejudice, but this Court shall retain jurisdiction over this lawsuit for purposes of interpretation and enforcement of this Order.

SO ORDERED THIS 23rd day of January, 2023.

                   */s/ Mitchell S. Goldberg*
                   Mitchell S. Goldberg
                   United States District Court Judge
                   Eastern District of Pennsylvania

Agreed to by the parties signing below effective December 27, 2022.

| | |
|---|---|
| /s/ Steven Bizar | /s/ Alan C. Milstein |
| DECHERT LLP | SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A. |
| Steven Bizar (Pa. Bar No. 68316) | Alan C. Milstein (Pa. Bar. No. 38387) |
| Thomas J. Miller (Pa. Bar No. 316587) | 308 Harper Drive |
| David M. Costigan (Pa. Bar No. 329496) | Moorestown, NJ 08057 |
| Cira Centre | (856) 662-0700 |
| 2929 Arch Street | |
| Philadelphia, PA 19104 | |
| steven.bizar@dechert.com | *Counsel for Defendants ProManaged Inc., Pro-Managed LLC, Revo Capital Partners LLC, Revo Capital Partners II LLC, Revo Capital Partners III LLC, Revo Capital Partners IV LLC, Revo Capital Partners V LLC, Gary Rilling, and William Smith* |
| thomas.miller@dechert.com | |
| david.costigan@dechert.com | |
| (215) 994-4000 | |

PUBLIC INTEREST LAW CENTER
Mary M. McKenzie (Pa. Bar No. 47434)
Sara A. Bernstein (Pa. Bar No. 329881)
2 Penn Center, 1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
mmckenzie@pubintlaw.org
sbernstein@pubintlaw.org
(215) 627-7100

*Counsel for Plaintiff Housing Equality Center of Pennsylvania*